IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>BRITTANY DIEHL | Criminal Action No.<br><br>1:18-CR-00477-AT |

**Government Sentencing Memorandum**

The United States of America, by Byung J. Pak, United States Attorney, and Christopher J. Huber, Assistant United States Attorney for the Northern District of Georgia, files this Sentencing Memorandum in order to assist the Court in imposing a just sentence on defendant Brittany Diehl. Her sentencing is scheduled for Thursday, April 18, at 2:30 p.m.

Brittany Diehl plead guilty to committing wire fraud in connection with her embezzlement of over $400,000 from her employer, the Carroll Organization. Her scheme lasted approximately 10 months, from November 2017 through August 2018, when she served as an assistant property manager and property manager for two Carroll Organization apartment complexes in Florida. As a manager and assistant manager at the properties, Diehl was responsible for collecting rent checks from the tenants. For some of those rent checks, instead of depositing them as she was supposed to, Diehl took them, making them payable to herself. When she needed to reconcile the bank accounts each month, she would use rent payments for the following month to make up for the lost rent

checks. She also sent false deposit statements to the corporate headquarters to hide the missing funds. Once the company discovered her theft, she was fired.

Diehl's sentencing guidelines are as follows:

| | |
|---|---|
| Base Offense Level (§ 2B1.1(a)(1)): | 7 |
| Loss, $400,897.77 (§ 2B1.1(b)(1)(G)): | +12 |
| Role, abuse of position of trust (§ 3B1.3): | +2 |
| Acceptance of responsibility (§ 3E1.1(a)): | -3 |
| Total Offense Level: | 18 |

There are no objections to the guidelines.

The government will also move for a one level downward variance as a result of Diehl's expeditious guilty plea, for a final level of 17, which, combined with Diehl's Criminal History Category of I, leads to a sentencing range of 24-30 months' imprisonment. The government recommends a sentence of 24 months imprisonment to be followed by three years of supervised release.

This is a reasonable, fair sentence for Diehl's crime. She stole an average of approximately $40,000 per month for just under a year, consistently committing fraud against her employer. She was being paid $56,000 per year, and had a combined household income of almost $150,000 (*see* PSR ¶ 63). The government is already recommending a below guidelines sentence, with its motion for a downward variance.

## Conclusion

For the foregoing reasons, the Court should sentence defendant Brittany Diehl to 24 months' imprisonment.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*


/s/CHRISTOPHER J. HUBER
*Assistant United States Attorney*
Georgia Bar No. 545627
chris.huber@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

>Katryna Lyn Spearman
>Joshua S. Lowther
>*Counsel to Brittany Diehl*

April 15, 2019

>/s/ CHRISTOPHER J. HUBER
>
>CHRISTOPHER J. HUBER
>*Assistant United States Attorney*