# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | |
| v. | ) | Case Number:  1:18-CR-477-AT-1 |
| | ) | USM Number:  72090-019 |
| BRITTANY DIEHL | ) | |
| | ) | Katryna Lyn Spearman |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

The defendant pleaded guilty to count 1.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | August, 2018 | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

April 18, 2019
_____
Date of Imposition of Judgment

_____
Signature of Judge

AMY TOTENBERG, U. S. DISTRICT JUDGE
_____
Name and Title of Judge

April 19, 2019
_____
Date

DEFENDANT:  BRITTANY DIEHL
CASE NUMBER:  1:18-CR-477-AT-1

Judgment -- Page **2** of **7**

Judgment in a Criminal Case
Sheet 2 -- Imprisonment

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:  **TWENTY (20) MONTHS.**

During the period of incarceration, the defendant is relieved of making a monthly payment towards the restitution balance. Additionally, during this incarceration period, the defendant's inmate trust account, up to a balance of $700, will be exempt from the government's collection efforts. If the defendant's inmate trust account balance exceeds $700 at any point, the government will be allowed to collect from it any amounts, in excess, of $700. The restriction on the government's collection efforts of the defendant's inmate trust account shall not preclude other enforcement methods of the restitution judgment by the United States Attorney pursuant to any lawful means and not designed to obtain possession of joint marital property.

Any portion of the criminal monetary debt that remains unpaid at the time of the defendant's release from imprisonment must be paid at a monthly rate of at least $150.00, plus 25% of gross monthly income, in excess, of $2,500.00. The payment schedule will not preclude enforcement methods of restitution judgment by the United States Attorney pursuant to any lawful means. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

The Court recommends that defendant receive any available intensive psychological counseling during her term of incarceration.

The Court recommends that defendant be allowed to serve her final 6 months of incarceration in a halfway house facility. Continuing psychological counseling should be made available at the halfway house.

The Court recommends that defendant serve her term of incarceration at Camp Marianna, Florida. Should Camp Marianna not be available or consistent with defendant's security level, the Court recommends that defendant serve her term of imprisonment as near to Orlando, Florida, where her fifteen-month old son resides, as possible.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons and as notified by the United States Marshal, at a date not less than **SIXTY (60) DAYS** after the entry date of this judgment. All conditions of bond shall remain in effect until defendant reports.

DEFENDANT:  BRITTANY DIEHL
CASE NUMBER:  1:18-CR-477-AT-1

Judgment -- Page **3** of **7**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on    _____    to    _____

at    _____  , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  BRITTANY DIEHL
CASE NUMBER:  1:18-CR-477-AT-1                                          Judgment -- Page **4** of **7**

Judgment in a Criminal Case
Sheet 3 -- Supervised Release

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:  **TWO (2) YEARS.**

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.
4.  Pursuant to 42 U.S.C. § 14135a(d)(1) and 10 U.S.C. § 1565(d), which require mandatory DNA testing for federal offenders convicted of felony offenses, the defendant shall cooperate in the collection of DNA as directed by the probation officer.
5.  You shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device as those terms are defined in 18 U.S.C. § 921 (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
6.  You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.   Restitution payments must be made to Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Dr. SW, Atlanta, GA 30303.
7.  You shall pay restitution that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release, at the monthly rate of $150 per month plus 25% of gross income in excess of $2,500 per month ($30,000).  This rate may increase or decrease as determined by the probation officer based upon your ability to pay.
8.  You must refrain from the excessive use of alcohol.
9.  You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office to a search conducted by a United States Probation Officer.  Failure to submit to a search may be grounds for revocation of release.  You must warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you violated a condition of your supervision and that areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT:  BRITTANY DIEHL
CASE NUMBER:  1:18-CR-477-AT-1

Judgment -- Page **5** of **7**

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov

I understand that a violation of any of these conditions of supervised release may result in modification, extension, or revocation of my term of supervision.

Defendant's Signature _____ Date _____

USPO's Signature _____ Date _____

DEFENDANT:  BRITTANY DIEHL
CASE NUMBER:  1:18-CR-477-AT-1

Judgment -- Page **6** of **7**

## SPECIAL CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following special conditions of supervision.

You must make a full and complete disclosure of your finances and submit to an audit of your financial documents at the request of your probation officer. You must not incur new credit charges or open additional lines of credit without approval of your probation officer.

You must participate in a program of mental health treatment and counseling, which may also include a mental health evaluation, under the guidance and supervision of your probation officer. If prescribed by a physician, you must comply with a medication regimen.

DEFENDANT:  BRITTANY DIEHL
CASE NUMBER:  1:18-CR-477-AT-1

Judgment -- Page 7 of 7

Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

# CRIMINAL MONETARY PENALTIES

<u>Special Assessment</u>

TOTAL        $100.00

<u>Fine</u>

TOTAL        The Court waives the fine and cost of incarceration.

<u>Restitution</u>

TOTAL        $400,897.77

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Hartford Fire Insurance Company P.O. Box 958457 Lake Mary, Florida 32795-9958 | $380,897.77 | $380,897.77 | |
| MPC Partnership Holdings, LLC 3340 Peachtree Road, N.E. Tower Place 100, Suite 2250 Atlanta, Georgia 30326 Attention: Ms. Jamie S. Lee | $20,000.00 | $20,000.00 | |
| TOTAL | $400,897.77 | | |

The court determined that the defendant does not have the ability to pay interest and it is ordered that:  The interest requirement is waived for the restitution.