IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRITTANY DIEHL, | : | |
|     Movant, | : | CRIMINAL ACTION NO. |
| | : | 1:18-CR-0477-AT |
| v. | : | |
| | : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | : | 1:20-CV-1284-AT |
|     Respondent. | : | |

## **ORDER**

Presently before the Court is the Magistrate Judge's Report and Recommendation (R&R) recommending that the instant 28 U.S.C. § 2255 motion to vacate be denied. [Doc. 38]. Petitioner has not filed objections in response to the R&R.

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected portion under a "clearly erroneous" standard.

In her § 2255 motion, Movant contends that she received ineffective assistance of counsel in regard to the Court's calculation of the loss amount and restitution. The Magistrate Judge concluded that Movant is not entitled to relief because she failed to demonstrate prejudice under Strickland v. Washington, 466 U.S. 668 (1984), because

Movant admitted to the loss amount, and she has failed to demonstrate that the loss amount reached by the Court was incorrect.

After a review of the record and in the absence of objections, this Court concludes that the Magistrate Judge is correct. Accordingly, the R&R, [Doc. 38], is **ADOPTED** as the order of this Court, and Movant's 28 U.S.C. § 2255 motion to vacate, [Doc. 23], is **DENIED**.

This Court further agrees with the Magistrate Judge that Movant has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. §2253(c)(2), and a certificate of appealability is **DENIED**. The Clerk is **DIRECTED** to close Civil Action Number 1:20-CV-1284-AT.

**IT IS SO ORDERED**, this 6th day of November, 2020.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

AO 72A (Rev.8/82)